Deny ARIANTO, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 14–72787

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2016 *

FILED June 22, 2016

David M. Haghighi, Attorney, Law Offices of David M. Haghighi, APC, Los Angeles, CA, for Petitioner

Andrew Nathan O'Malley, Trial Attorney, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Deny Arianto, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010). We deny the petition for review.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

The BIA did not abuse its discretion in denying Arianto's motion to reopen as untimely, where he filed it more than two years after his final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and he failed to establish materially changed circumstances in Indonesia to overcome the regulatory time limitation for filing a motion to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 987–90 (evidence must be "qualitatively different" to warrant reopening).

**PETITION FOR REVIEW DENIED.**